UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:12-CR-129 RM |
| ) | |
| JEREMY DYER ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 14, 2013 [Doc. No. 10]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Jeremy Dyer's plea of guilty, and FINDS the defendant guilty of Count 1 the Information, in violation of 21 U.S.C. § 843(b).

SO ORDERED.

ENTERED:  February 5, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court